```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                            CASE NO. 04 B 34049
      CHERYL A COOPER
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

          Debtor
      SSN XXX-XX-9121


  ------------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
  ------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

       1.   The case was filed on 09/14/04 and confirmed on 11/24/04.

       2.   The case was dismissed after confirmation, 01/11/2008.

       3.   The Debtor paid a total of $  35330.00 .

       4.   The Trustee made disbursements to creditors as follows:

  ------------------------------------------------------------------------------
  CREDITOR NAME             CLASS              CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                   PAID          PAID
  ------------------------------------------------------------------------------
  GMAC RESCAP LLC           CURRENT MORTG       27071.84           .00       27071.84
  GMAC RESCAP LLC           MORTGAGE ARRE        3876.42           .00        3876.42
  GMAC RESCAP LLC           NOTICE ONLY        NOT FILED           .00            .00
  AMERITECH                 UNSECURED          NOT FILED           .00            .00
  JP MORGAN CHASE BANK      UNSECURED          NOT FILED           .00            .00
  CAPITAL ONE FINANCIAL     UNSECURED             625.24           .00            .00
  CAPITAL ONE FINANCIAL     UNSECURED             777.10           .00            .00
  ECAST SETTLEMENT CORPORA  UNSECURED            2214.87           .00            .00
  COMCAST DIGITAL PHONE SV  UNSECURED          NOT FILED           .00            .00
  COMED                     UNSECURED          NOT FILED           .00            .00
  FISCHER MANGOLD           UNSECURED          NOT FILED           .00            .00
  JOHN D MIKUZIS MD         UNSECURED          NOT FILED           .00            .00
  NICOR GAS                 UNSECURED             317.99           .00            .00
  PATHOLOGY LABORATORY CON  UNSECURED          NOT FILED           .00            .00
  NCM TRUST                 UNSECURED             521.44           .00            .00
  SILVER CROSS HOSPITAL     UNSECURED          NOT FILED           .00            .00
  SILVER CROSS HOSPITAL     UNSECURED          NOT FILED           .00            .00
  TCF BANK                  UNSECURED          NOT FILED           .00            .00
  TCF BANK                  UNSECURED          NOT FILED           .00            .00
  AFNI                      UNSECURED          NOT FILED           .00            .00
  ------------------------------------------------------------------------------
  CREDITOR NAME             CLASS              CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                   PAID          PAID
  ------------------------------------------------------------------------------
  ROBERT V SCHALLER         REIMBURSEMENT         194.00           .00         194.00
  ILLINOIS DEPT REVENUE     FILED LATE              .00            .00            .00
  ILLINOIS DEPT REVENUE     FILED LATE              .00            .00            .00
             Summary of disbursements:
  ------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
  ------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED       30948.26          194.00         4456.64             .00        35598.90
PRINCIPAL PAID           30948.26          194.00             .00             .00        31142.26
INTEREST PAID                 .00             .00             .00             .00             .00
TOTAL PAID               30948.26          194.00             .00             .00        31142.26
```

The Debtor's attorney, ROBERT V SCHALLER                , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $    1487.74 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE